# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| CUMMINGS INCORPORATED, THE INTERNATIONAL SIGN SERVICE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:06-0890 |
| | ) | Judge Trauger |
| BP PRODUCTS NORTH AMERICA, INC., BLAIR SIGN COMPANY and DONALD DEVORRIS, | ) ) ) ) | |
| Defendants. | ) ) ) | |

_____

*CONSOLIDATED WITH:*

| | | |
|---|---|---|
| DONALD DEVORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:07-0834 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| CUMMINGS INCORPORATED, THE INTERNATIONAL SIGN SERVICE, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Judgment

as a Matter of Law or, in the Alternative, Motion for a New Trial or, in the Alternative, Motion

to Alter or Amend the Judgment filed by Blair Sign Company and Donald Devorris (Docket No.

211) is **GRANTED IN PART and DENIED IN PART.** That is, while the court otherwise

denies Blair Sign's and Devorris's requests for post-trial relief, the court **HEREBY REDUCES**

the punitive damages award in this case from $2,620,000 to $535,486.  Cummings Incorporated,

the International Sign Service's ("Cummings's") Motion to Strike the Affidavit of Philip

Devorris (Docket No. 226) is **DENIED**.

It is so ordered.

Enter this 17th day of August 2009.

ALETA A. TRAUGER
United States District Judge