IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CUMMINGS INCORPORATED, THE INTERNATIONAL SIGN SERVICE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:06-0890 Judge Trauger |
| BP PRODUCTS NORTH AMERICA, INC., BLAIR SIGN COMPANY and DONALD DEVORRIS, | ) ) ) ) | |
| Defendants. | ) ) | |

*CONSOLIDATED WITH:*

| | | |
|---|---|---|
| DONALD DEVORRIS, | ) ) | |
| Plaintiff, | ) ) ) ) | Case No. 3:07-0834 Judge Trauger |
| v. | ) ) | |
| CUMMINGS INCORPORATED, THE INTERNATIONAL SIGN SERVICE, | ) ) ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Attorneys' Fees [with supplements] (Docket Nos. 247 and 259) filed by the plaintiff Cummings Incorporated, the International Sign Service ("Cummings") is **GRANTED** and the court hereby **AWARDS** Cummings $908,515.80 in attorneys' fees. The Motion to Strike Inadmissible Evidence filed by Blair Sign Company and Donald Devorris (Docket No. 285) is **DENIED**.

It is so ordered.

Enter this 3rd day of March 2010.

_____
ALETA A. TRAUGER
United States District Judge